EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432 |
| | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
| | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
| | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776 |
| | Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| JUAN de la TORRE AND MARIA de la TORRE, | ) ) ) | Case No.: C 03-05208 RMW |
| Plaintiffs, | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JUAN de la TORRE AND MARIA de la TORRE** |
| v. | ) ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Juan de la Torre and Maria de la Torre and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Juan de la

---

2056762.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Juan de la Torre and Maria de la Torre - 1**


1  Torre and Maria de la Torre as to defendant Olin Corporation. All parties to bear their own

2  costs and legal fees incurred to date in this action.

3  Dated: 8/4/05

                    Respectfully submitted,

                    ALEXANDER, HAWES & AUDET, LLP

                    By: _____
                         RICHARD D ALEXANDER, Cal. Bar #48432
                         JEFFREY W/ RICKARD, Cal. Bar #125180
                         RYAN M. HAGAN, Cal Bar #200850
                         152 North Third Street, Suite 600
                         San Jose, CA 95112
                         Telephone: (408) 289-1776
                         Facsimile: (408) 287-1776

                    Attorneys for Plaintiffs Juan de la Torre
                    and Maria de la Torre


                    HUSCH & EPPENBERGER, LLC


                    By:  /s/ Carol A. Rutter
                         THOMAS M. CARNEY, admitted *pro hac vice*
                         CAROL A. RUTTER, admitted *pro hac vice*
                         190 Carondelet Plaza, Suite 600
                         St. Louis, MO 63105-3441
                         Telephone: (314) 480-1500
                         Facsimile: (314) 480-1505

                         RANDALL C. CREECH, Cal. Bar #65542
                         CREECH, LIEBOW & KRAUS
                         333 West San Carlos Street
                         Suite 1600
                         San Jose, CA 95110
                         Telephone: (408) 993-9911
                         Facsimile: (408) 993-1335

                    Attorneys for Defendant Olin Corporation

---

2056762.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Juan de la Torre and Maria de la Torre - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JUAN de la TORRE AND MARIA de la TORRE, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05208 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JUAN de la TORRE AND MARIA de la TORRE** |

THIS MATTER coming on the motion of Plaintiffs Juan de la Torre and Maria de la Torre and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Juan de la Torre and Maria de la Torre's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2056762.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Juan de la Torre and Maria de la Torre - 3**